UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NADAR A. GAD,

Defendant.

Case No. CR18-563

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant is charged with possession to distribute controlled substances. Defendants past history and the allegations he currently faces indicate he has a substance abuse problem. He has two active warrants for his arrest. The government proffered defendant was contacted twice in this case. In each case he had significant amounts of controlled substances and numerous firearms. Defendant is not currently employed and appears to have been living in hotel rooms or other short-term rental arrangements.

DETENTION ORDER - 1

(2) It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of December, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge